UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHRISTY GEDELMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-153-JEM |
| | ) |
| TENNESSEE ORTHOPAEDIC | ) |
| ALLIANCE, P.A. d/b/a TENNESSEE | ) |
| ORTHOPAEDIC CLINICS, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties for all further proceedings, including entry of judgment [Doc. 11].

Now before the Court is the parties' Joint Motion to Obtain New Trial dates [Doc. 37], filed on June 6, 2024. The parties assert that the current trial is scheduled to start on June 17, 2024. They anticipate that this case will likely take five days to try, resulting in the trial being interrupted due to the federal holiday, on Wednesday, June 19, 2024. In light of the Court's closure, the parties are concerned that the interruption of the trial mid-week will affect the jurors' memories and focus. Further, the parties indicated that they are unavailable starting June 24, 2024, should the trial continue into a second week. In their motion, the parties ask the Court to "not vacate the present trial dates until a new date is selected in the event a new date is not available that is within a reasonable timeframe" [*Id.* at 1].

The Court held a status conference on June 7, 2024. Attorney Jesse D. Nelson appeared on behalf of Plaintiff Christy Gedelman. Attorneys Mekesha H. Montgomery and Seth A. Granda

appeared on behalf of Defendant Tennessee Orthopaedic Alliance, P.A. During the conference, the parties agreed to reset the trial to November 18, 2024.[1]

For good cause shown and with the agreement of the parties, it is hereby **ORDERED** that:

(1) the parties' Joint Motion to Obtain New Trial dates **[Doc. 37]** is **GRANTED** in that the jury trial in this matter is reset to commence on **November 18, 2024, at 9:00 a.m.**, before the Honorable Jill E. McCook, United States Magistrate Judge; and

(2) the deadline for filing an updated proposed final pretrial order [*see* Doc. 33], for filing pretrial filings [Doc. 13 ¶ 6(c)], for filing proposed jury instructions [Doc. 13 ¶ 6(d)], and for filing a proposed verdict form [Doc. 13 ¶ 6(e)] is **November 6, 2024**.

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge

---

[1] During the conference, Attorney Montgomery asked for additional time to confirm that Defendant's expert witness was available for trial on November 18, 2024. Following the conference, Attorney Montgomery emailed Chambers and Plaintiff stating, "The week of November 18 works for Defendant."

2