UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CHRISTY GEDELMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:23-cv-153-JEM |
| | ) | |
| TENNESSEE ORTHOPAEDIC ALLIANCE, P.A. d/b/a TENNESSEE ORTHOPAEDIC CLINICS, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties for all further proceedings, including entry of judgment [Doc. 11].

On November 1, 2024, the parties filed a Notice of Settlement [Doc. 40]. Later, on November 4, 2024, the Court directed the parties to file their stipulation of dismissal in accordance with Rule 41 of the Federal Rules of Civil Procedure on or before December 2, 2024 [Doc. 41]. The parties did not file their stipulation as directed, so on December 5, 2024, the Court directed the parties to file their stipulation on or before January 3, 2025 [Doc. 42]. The Court warned, "Should they fail to do so, or should they fail seek an extension of this deadline prior to its expiration, the Court will dismiss this matter" [*Id.*].

The parties did not file their stipulation by January 3, 2025, nor did they seek an extension of this deadline. Given that, this matter is **DISMISSED WITH PREJUDICE** pursuant to Rule 41 of the Federal Rules of Civil Procedure and Local Rule 68.1. A separate judgment will enter.

**IT IS SO ORDERED.**

ENTER:

*Jill E. McCook*
Jill E. McCook
United States Magistrate Judge